BEFORE THE SECOND DIVISION, DECEMBER 27, 1957

**No. 61423.**—Lachman Distributors *v*. United States, protests 301418-K, etc. (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aneroid barometers of a household type the same in all material respects as those the subject of *Vacheron & Constantin & Allied Watches, Inc.* v. *United States* (18 Cust. Ct. 99, C. D. 1051), the claim of the plaintiff was sustained.